IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JIMMY WACO SUTTERFIELD and CALLIE SUTTERFIELD, RUSSELL GILLION, and DEAN DENTON and JULIE DENTON | | PLAINTIFFS |
| v. | Case 4:13-cv-00183-JLH | |
| CHESAPEAKE OPERATING, INC. and BHP BILLITON PETROLEUM (FAYETTVILLE) LLC | | DEFENDANTS |

## ORDER

Before the Court is Plaintiffs' Motion for Voluntary Dismissal. The motion represents Defendants do not oppose the motion. Upon consideration, the Court finds the motion should be and hereby is granted. Plaintiffs' claims are hereby dismissed with prejudice.

IT IS SO ORDERED, this 20th day of March, 2014.

Hon. J. Leon Holmes
U.S. District Court